56153-LSK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| | |
|---|---|
| In the Matter of<br>EDUARDO NUNEZ and ALEJANDRO NUNEZ,<br>         Plaintiffs,<br>   v.<br><br>CITY OF CHICAGO, a municipal corporation, OFFICER WILLIAM JOHNSON, a Chicago Police Officer, in his individual capacity,<br><br>         Defendants. | No. 15 CV 1471<br><br>Judge Robert M. Dow, Jr. |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: **CITY OF CHICAGO AND OFFICER WILLIAM JOHNSON.**

| |
|---|
| **SIGNATURE**<br><br>/s/Larry S. Kowalczyk |
| **FIRM**<br><br>Querrey & Harrow, Ltd. |
| **STREET ADDRESS**<br><br>175 West Jackson Boulevard, Suite 1600 |
| **CITY/STATE/ZIP**<br><br>Chicago, IL 60604 |

| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>6225367 | **TELEPHONE NUMBER**<br>312/540-7000 |
|---|---|

| |
|---|
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES   X       NO** |
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES           NO X** |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES   X       NO** |
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES  X  NO** |
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.**<br><br>**RETAINED COUNSEL                    APPOINTED COUNSEL** |