56153-LSK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

In the Matter of
EDUARDO NUNEZ and ALEJANDRO NUNEZ,
              Plaintiffs,
   v.

CITY OF CHICAGO, a municipal corporation, OFFICER WILLIAM JOHNSON, a Chicago Police Officer, in his individual capacity,

              Defendants.

No. 15 CV 1471

Judge Robert M. Dow, Jr.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: **CITY OF CHICAGO AND OFFICER WILLIAM JOHNSON.**

| **SIGNATURE** |  |
|---|---|
| /s/Megan K. Monaghan |  |
| **FIRM** |  |
| Querrey & Harrow, Ltd. |  |
| **STREET ADDRESS** |  |
| 175 West Jackson Boulevard, Suite 1600 |  |
| **CITY/STATE/ZIP** |  |
| Chicago, IL 60604 |  |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6313530 | **TELEPHONE NUMBER** <br> 312/540-7000 |
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES          NO  X** |  |
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES          NO  X** |  |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES          NO  X** |  |
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?** <br> **YES  X  NO** |  |
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.** |  |
| **RETAINED COUNSEL                    APPOINTED COUNSEL** |  |