UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case No. 15 C 1471    JURY DEMAND |
| Eduardo Nunez et al., | Judge Dow |
| v. | |
| City of Chicago et al., | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant City of Chicago

| |
|---|
| SIGNATURE<br> /s/   Jason Marx |
| FIRM<br>City of Chicago, Department of Law, Corporation Counsel |
| STREET ADDRESS<br>30 North LaSalle Street, Suite 900 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6279266 | TELEPHONE NUMBER<br>312.742.3902 | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | YES | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | YES | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | YES X | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | YES X | NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | | | |